JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

8-cr-00258-VBF

16-cv-3864

|  |  |
|---|---|
| **JAMES LEWIS SAVAGE,** | Case No. LA CV 16-03684-VBF |
| Petitioner, | **FINAL JUDGMENT** |
| v. |  |
| UNITED STATES OF AMERICA, |  |
| Respondent. |  |

For the reasons stated in this Court's contemporaneously issued "Order Denying Habeas Motion for Lack of Merit, Directing Entry of Separate Final Judgment, Directing Separate Certificate of Appealability Ruling, [and] Terminating and Closing the Civil Case", **final judgment is hereby entered in favor of the respondent federal government and against petitioner James Lewis Savage.  IT IS SO ORDERED.**

DATED:   Thursday,
         January 12, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge